## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In Re: Civil Investigative Demands Directed to Bank of America, N.A.; PNC Financial Services Group, Inc.; Tucows Inc.; and Wells Fargo Bank, N.A. | Misc. No.: 23-mc-19 |

## STATUS REPORT

On December 26, 2023, the Court ordered the Federal Trade Commission to file a status report advising whether the FTC expected further proceedings in this matter. The FTC filed this matter to protect the confidentiality of a non-public investigation. (ECF No. 1). That investigation has concluded, and the FTC has filed a civil action stemming from it. *See FTC v. Smith*, No. 23cv4848 (E.D. Pa.). The FTC does not expect further proceedings in this matter.

Respectfully submitted,

/s/ *P. Connell McNulty*
P. Connell McNulty (PA Bar No. 87966)
Lauren Rivard (NY Bar)
600 Pennsylvania Avenue, NW, CC-5201
Washington, DC 20580
Telephone: (202) 326-2061 (McNulty)
Telephone: (202) 326-2450 (Rivard)
Facsimile: (202) 326-3395
Email: pmcnulty@ftc.gov, lrivard@ftc.gov

Attorneys for Applicant
Federal Trade Commission